Name: Caron Hosseinion #1523620
Street Address: 3102 E. Highland Ave unit 6
City and County: Patton CA, 92369
State and Zip Code: CALIFORNIA
Telephone Number: 909 425 6006 / 909 425 6806

**FILED**
JAN 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Mohammad Hosseinion
Maya Hosseinion
Warren Hosseinion

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Caron Hosseinion

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. 1:18CV0150 DAD SAB
(to be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ☐ No
(check one)

**RECEIVED**
JAN 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Caron Hosseinion
Street Address: 3102 E. Highland Ave Unit 6
City and County: Patton California San Bernadino
State and Zip Code: California 92369
Telephone Number: 909 425-6006 / 909 425 6806

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Mohammed Hosseinion
Job or Title (if known): retired
Street Address: 345 Pioneer Dr. Apt #105
City and County: Glendale California Los Angeles
State and Zip Code: CA, 91203
Telephone Number: 818 246 2251

Defendant No. 2
Name: Maya Hosseinion
Job or Title (if known): retired
Street Address: 345 pioneer Dr. Apt #105
City and County: Glendale Los Angeles
State and Zip Code: CA. 91203
Telephone Number: 818 246-2251

2

Defendant No. 3

Name: Warren Hosseinion
Job or Title (if known): General practitioner
Street Address: Works Glendale memorial and saint Jude Hospital
City and County:
State and Zip Code: 2955 trust Dr. Los Angeles CA. 90214
Telephone Number: 818-618-1458

Defendant No. 4

Name: Warren Jr. Hosseinion
Job or Title (if known): Student
Street Address: 2955 trust Dr
City and County: Glendale Los Angeles
State and Zip Code: CA 90214
Telephone Number:

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) CARON HOLLEN is a citizen of the State of (name) California.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) CARON HOLLEN is a citizen of the State of (name) California. Or is a citizen of (foreign nation) yes.

4

  b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$75,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Taking advantage, conspiracy closening from my life completely which is a form of violation, aegelticbocaurin, criticizing, no to their own super ego, discriminating el a crazy orphanage child, and blindness, depricing me pl a work. putting ng duar. Have a lucg or remect fo ng tuying around with me

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stealing my PSI taking my property, burning my entire life by taking advantage out of me.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-17-18, 20___.

Signature of Plaintiff   *Ceron Horselnion*
Printed Name of Plaintiff   Ceron Horselnion