**FULL NAME:** Caron Hosseinion

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 3102 E. Highland Ave., Patton State Hospital, Patton, CA 92369

**PRISON NUMBER (if applicable):** 1523620

FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

"First Amended"

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Caron Hosseinion
PLAINTIFF,

v.

Mohammad Hosseinion, Warren Hosseinion, Warren Hosseinion Jr., Maya Agajians Hosseinion, Chi Pham Hosseinion, Kiara Hosseinion
DEFENDANT(S).

**CASE NUMBER** CV18-862-JFW(SHK)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? N/A

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    N/A

a. Parties to this previous lawsuit:
   Plaintiff __N/A__

   Defendants __N/A__

b. Court __N/A__

c. Docket or case number __N/A__
d. Name of judge to whom case was assigned __N/A__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __N/A__
f. Issues raised: __N/A__

g. Approximate date of filing lawsuit: __N/A__
h. Approximate date of disposition __N/A__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not __Not against institution staff.__

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not __N/A__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Caron Hosseinion__
(print plaintiff's name)
who presently resides at __Patton State Hospital__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__N/A__
(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

on (date or dates) _____, _____, _____.
  (Claim I)            (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Mohammad Hosseinion** resides or works at
   (full name of first defendant)
   **345 Pioneer Dr #105 #1502 Glendale, Ca 91203**
   (full address of first defendant)
   **N/A**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

2. Defendant **Warren Hosseinion** resides or works at
   (full name of first defendant)
   **2955 Trust Dr. Los Angeles, Ca 90214**
   (full address of first defendant)
   **N/A**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

3. Defendant **Warren Hosseinion JR.** resides or works at
   (full name of first defendant)
   **Same as Warren Hosseinion**
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

4. Defendant __Mana Agajians Hosseinion__ resides or works at
   (full name of first defendant)
   __345 Pioneer Dr. #05-1502 Glendale, Ca 91203__
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant __Chi Pham Hosseinion__ resides or works at
   (full name of first defendant)
   __Same as Warren Hosseinion__
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

6. Defendant __Kiara Hosseinion__

   __Same as Warren Hosseinion__
   address

   _____
   Pos./title

   _____

   sued in his/her   ☐ individual   ☐ official

   explain how acting under color of law

D. CLAIMS*

CLAIM I

The following civil right has been violated:

I've been discriminated, due to my blindness/disability. Denied freedoms, loss of income/possibilities due to my wrongful incarceration. My very life has been robbed due to the denial of my civil human rights. The U.S. constitution grants me the right to the pursuit of life, liberty, & happiness.

I have been conspired against, slandered, neglected, falsely accused & framed for mental illness, resulting in hospitalization. My time here, I've been diagnosed wrongly, had false reports, which is libel against me, keeping me here twenty-six years. I am not mentally ill, or deficient, though I'm treated as such. My only disability is blindness, which I'm discriminated for also.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Each and every defendant spent years treating me as an outcast, keeping me separate, like a wild animal. I was denied basic human rights, made to feel inferior due to my blindness, kept down, as self-worth. I was beaten, physically, when I failed to please them. For example, if I did poorly on schoolwork.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)    CIVIL RIGHTS COMPLAINT    Page 5 of 6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am entitled to nine hundred and ninety nine quadzillion dollars.

Tuesday, April 3RD, 2018      Canon P _____
_(Date)_                              _(Signature of Plaintiff)_

Hosseinion 1525620
State Hospital
...Highland Ave.
, Ca 92369





U.S. District Court
Office Of The Clerk
U.S. Courthouse, Room G8
Los Angeles, CA. 90012



