JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON HOSSEINION,<br><br>              Plaintiff,<br><br>      v.<br><br>MOHAMMAD HOSSEINION, et al.,<br><br>              Defendants. | Case No. 2:18-cv-00862-JFW-SHK<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 13, 2018

                                               HONORABLE JOHN F. WALTER
                                               United States District Judge